JD

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR D'AMARIO, III** | FILED | **CIVIL ACTION** |
| **v.** | JUL 13 2007 | |
| **TROY LEVI** | MICHAEL E. KUNZ, Clerk<br>By ____ Dep. Clerk | **NO. 07-cv-2091** |

**ORDER**

**AND NOW**, this 13th day of July, 2007, upon consideration of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and accompanying application to proceed *in forma pauperis* (Document No. 1, filed May 23, 2007), it appearing from the Petition that petitioner attacks the constitutionality of both the imposition and the execution of a sentence imposed upon him by the United States District Court for the District of Rhode Island, **IT IS ORDERED** as follows:

1. Petitioner is **GRANTED PROVISIONAL** leave to proceed *in forma pauperis* in this matter for the purpose of the entry of this Order **ONLY**;

2. This action is **TRANSFERRED** to the United States District Court for the District of Rhode Island; and,

3. The Clerk of the United States District Court for the Eastern District of Pennsylvania shall **TRANSFER** the file to the United States District Court for the District of Rhode Island, following which the matter shall be **MARKED "CLOSED for STATISTICAL PURPOSES."**

**BY THE COURT:**

Jan E. DuBois

**JAN E. DUBOIS, J.**

7/13/07 Mailed
D'Amario

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8-16-07
ATTEST: ____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA