CLOSED, HABEAS

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:07-cv-02091-JD
# Internal Use Only

D'AMARIO v. LEVI
Assigned to: HONORABLE JAN E. DUBOIS
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 05/23/2007
Date Terminated: 07/13/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**ARTHUR D'AMARIO, III**

represented by **ARTHUR D'AMARIO, III**
#02989-070
F.C.I. ENGLEWOOD
9595 W. QUINCY AVE.
LITTLETON, CO 80123
PRO SE

V.

**Respondent**

**TROY LEVI**
*(WARDEN) FDC PHILADELPHIA*

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8-16-07
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2007 | 1 | PETITION for Writ of Habeas Corpus together with statement in support of request to proceed in forma pauperis, filed by ARTHUR D'AMARIO, III.(ti, ) Additional attachment(s) added on 5/23/2007 (ti, ). (Entered: 05/23/2007) |
| 05/23/2007 | | (Court only) ***Set/Clear Flags Set Flag Habeas Corpus Case Management Track (ti, ) (Entered: 05/23/2007) |
| 06/11/2007 | 2 | NOTICE of Change of Address by ARTHUR D'AMARIO, III.(fb) (Entered: 06/11/2007) |
| 07/13/2007 | 3 | MOTION BY ARTHUR D'AMARIO, III FOR ORDER TO TRANSFER.(fb) (Entered: 07/13/2007) |
| 07/13/2007 | 4 | ORDER AS FOLLOWS: PETITIONER IS GRANTED PROVISIONAL LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS MATTER FOR THE PURPOSE OF THE ENTRY OF THIS ORDER ONLY; THIS |

| | | |
|---|---|---|
| | | ACTION IS TRANSFERRED TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND; AND, THE CLERK OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PA SHALL TRANSFER THE FILE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, FOLLOWING WHICH THE MATTER SHALL BE MARKED "CLOSED FOR STATISTICAL PURPOSES." SIGNED BY JUDGE JAN E. DUBOIS ON 7/13/07. 7/16/07 ENTERED AND COPIES MAILED.(fb) (Entered: 07/16/2007) |
| 07/13/2007 | | (Court only) ***Civil Case Terminated. (sf, ) (Entered: 07/17/2007) |
| 08/16/2007 | | Original record together with certified copy of docket entries forwarded to the U.S. District Court for the District of Rhode Island. (fb) (Entered: 08/16/2007) |