UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. C.A. No. 7-316

TROY LEVI

MOTION

Pursuant to 28 USC § 1631, Petitioner moves that the above-captioned cause be transferred to the district of Colorado at Denver, where he is now in physical custody.

On July 13, Judge DuBois mistakenly transferred the matter to the district of Rhode Island from Pennsylvania. The action is a habeas petition under 28 USC § 2241, which is authorized by the "savings clause" of § 2255 (see ¶13 at p. 7 of the Petition, asserting that there is no adequate and effective legal remedy existing in the sentencing district under § 2255).

§ 2241 provides that the proper respondent to a habeas petition is the person who has the ability to produce the prisoner's body before the habeas court. Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004) (the writ is directed to the jailer).

Petitioner is not in custody in Rhode Island. The purpose of § 1631 is to allow for transfer to Colorado.

Petitioner, pro se,
[signature] 7-20-07
Arthur D'Amario 02989070
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123