UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Arthur D'Amario

v. CA07-316S

Troy Levi

ORDER

All of the judges in the District of Rhode Island as well as the District of New Hampshire have previously recused from participating in any case involving this petitioner. Accordingly, this case is hereby referred to the District of Massachusetts for assignment to a judge in that District sitting by designation.

The recusal of all of the judges of this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. §636(f). I therefore concur in the assignment of a Magistrate Judge from the District of Massachusetts to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

By Order:

Wendy Lisi
Deputy Clerk

Enter:

Mary M. Lisi
Mary M. Lisi
Chief Judge
August 22, 2007

**Concurring Order**

I concur that an emergency exists as specified in the above and that for the duration of this case Magistrate Judge________________________is assigned to perform such duties under 28 U.S.C. §636(a) - (c) as may be assigned to him/her by the District Judge to whom this case is assigned.

_______________________________
Chief Judge, Assignee District