UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

SEP 02 2008

U.S. DISTRICT COURT
DISTRICT OF R.I.

ARTHUR D'AMARIO III

v. No. 7-cv-316S

TROY LEVI

MOTION

Pursuant to FRAP 4(a)(5), Petitioner moves that the time for filing a Notice of Appeal from the order entered Aug. 1, 2008, be extended up to and including Sept. 2, 2008, for the reason that:

1) Caselaw is in conflict as to whether the time for appealing in a § 2241 habeas corpus case is 10, 30 or 60 days;

2) The order denying Rule 60 relief was entered Aug. 1, 2008;

3) The envelope containing the order which a clerk mailed to Petitioner was not postmarked until Aug. 13, and not received by Petitioner until Aug. 19; and,

4) If the time to appeal is only 10 days from Aug. 1, Petitioner would be time-barred through no fault of his own.

Petitioner, pro se,
[signature] 8/21/08
Arthur D'Amario III
ENG