FILED

SEP 02 2008

U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. No. 7-cv-316S

TROY LEVI

NOTICE OF APPEAL

Notice is hereby served that Petitioner hereby appeals the order entered Aug. 1, 2008, by Judge Young, to the First Circuit.

Petitioner, pro se,

8/21/08

Arthur D'Amario 02989-070
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123