Date: 08/11/2008
Time: 12:30:37 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ENG

**Start Date:** 10/01/2007
**End Date:** 09/30/2008
**Inmate Reg#:** 02989070
**Account Status:** All
**Institution:** All

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 02989070 | Living Quarters: | E11-074U |
| Inmate Name: | D'AMARIO, ARTHUR III | Arrived From: | OKL |
| Current Site Name: | Englewood FCI | Transferred To: | |
| Housing Unit: | ENG-E-U | Account Creation Date: | 6/13/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | 10/02/2007 11:43:30 AM | 23 | | | Sales | ($4.85) | | $153.30 |
| ENG | 10/02/2007 11:43:56 AM | 24 | | | Sales | ($9.60) | | $143.70 |
| ENG | 10/08/2007 03:08:34 PM | TFN1008 | | | Phone Withdrawal | ($6.00) | | $137.70 |
| ENG | 10/09/2007 02:33:52 PM | HICP1007 | | | Inmate Co-pay | ($2.00) | | $135.70 |
| ENG | 10/10/2007 09:43:39 AM | HIPP0907 | | | Payroll - IPP | $12.24 | | $147.94 |
| ENG | 10/10/2007 06:41:42 PM | 92 | | | Sales | ($15.10) | | $132.84 |
| ENG | 10/16/2007 05:42:25 PM | 15 | | | Sales | ($10.10) | | $122.74 |
| ENG | 10/23/2007 06:34:50 PM | 128 | | | Sales | ($12.80) | | $109.94 |
| ENG | 10/28/2007 09:42:14 AM | TFN1028 | | | Phone Withdrawal | ($4.00) | | $105.94 |
| ENG | 10/30/2007 11:29:14 AM | 14 | | | Sales | ($13.75) | | $92.19 |
| ENG | 11/06/2007 11:35:15 AM | 10 | | | Sales | ($20.75) | | $71.44 |
| ENG | 11/09/2007 01:16:12 PM | HIPP1007 | | | Payroll - IPP | $24.48 | | $95.92 |
| ENG | 11/09/2007 01:16:12 PM | HENGD002 - 306 | | | Debt Encumbrance | | ($4.89) | |
| ENG | 11/12/2007 07:29:56 PM | TFN1112 | | | Phone Withdrawal | ($5.00) | | $90.92 |
| ENG | 11/14/2007 11:56:30 AM | 50 | | | Sales | ($16.11) | | $74.81 |
| ENG | 11/20/2007 11:47:16 AM | 29 | | | Sales | ($9.55) | | $65.26 |
| ENG | 11/27/2007 05:37:23 PM | 25 | | | Sales | ($10.88) | | $54.38 |
| ENG | 11/30/2007 05:02:35 AM | 70196701 | | | Lockbox - CD | $100.00 | | $154.38 |
| ENG | 11/30/2007 05:02:35 AM | HENGD002 - 393 | | | Debt Encumbrance | | ($20.00) | |

Date: 08/11/2008
Time: 12:30:38 pm

Facility: ENG

# Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 02989070 | Living Quarters: | E11-074U |
| Inmate Name: | D'AMARIO, ARTHUR III | Arrived From: | OKL |
| Current Site Name: | Englewood FCI | Transferred To: | |
| Housing Unit: | ENG-E-U | Account Creation Date: | 6/13/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | 11/30/2007 06:56:40 PM | TFN1130 | | | Phone Withdrawal | ($2.00) | | $152.38 |
| ENG | 12/01/2007 12:10:43 AM | HENGD002 - 393 | | | Debt Encumbrance - Released | | $20.00 | |
| ENG | 12/01/2007 12:10:43 AM | HENGD002 - 306 | | | Debt Encumbrance - Released | | $4.89 | |
| ENG | 12/01/2007 12:10:43 AM | HENGD002 | 279 | | PLRA Payment | ($24.89) | | $127.49 |
| ENG | 12/04/2007 11:48:17 AM | 20 | | | Sales | ($16.54) | | $110.95 |
| ENG | 12/10/2007 01:26:36 PM | HIPP1107 | | | Payroll - IPP | $46.40 | | $157.35 |
| ENG | 12/10/2007 01:26:36 PM | HENGD002 - 441 | | | Debt Encumbrance | | ($9.28) | |
| ENG | 12/11/2007 11:47:55 AM | 27 | | | Sales | ($8.10) | | $149.25 |
| ENG | 12/13/2007 09:31:55 AM | 25 | | | Sales | ($10.88) | | $138.37 |
| ENG | 12/18/2007 11:16:38 AM | HICP1207 | | | Inmate Co-pay | ($2.00) | | $136.37 |
| ENG | 12/20/2007 09:54:23 AM | 15 | | | Sales | ($39.23) | | $97.14 |
| ENG | 12/27/2007 06:52:31 AM | 1 | | | Sales | ($3.40) | | $93.74 |
| ENG | 01/01/2008 12:10:31 AM | HENGD002 - 441 | | | Debt Encumbrance - Released | | $9.28 | |
| ENG | 01/01/2008 12:10:31 AM | HENGD002 | 426 | | PLRA Payment | ($9.28) | | $84.46 |
| ENG | 01/03/2008 07:16:33 AM | 32 | | | Sales | ($3.09) | | $81.37 |
| ENG | 01/03/2008 09:15:27 AM | 279-C | | | PLRA Payment | $24.89 | | $106.26 |
| ENG | 01/10/2008 09:39:16 AM | 49 | | | Sales | ($10.05) | | $96.21 |
| ENG | 01/10/2008 01:51:01 PM | HIPP1207 | | | Payroll - IPP | $9.18 | | $105.39 |
| ENG | 01/10/2008 01:51:01 PM | HENGD002 - 632 | | | Debt Encumbrance | | ($1.83) | |
| ENG | 01/13/2008 05:02:37 AM | 70199602 | | | Lockbox - CD | $20.00 | | $125.39 |
| ENG | 01/17/2008 09:43:33 AM | 5 | | | Sales | ($3.69) | | $121.70 |
| ENG | 01/24/2008 09:21:34 AM | 1 | | | Sales | ($8.52) | | $113.18 |
| ENG | 01/27/2008 12:09:02 AM | HENGD002 - 729 | | | Debt Encumbrance | | ($4.00) | |
| ENG | 01/31/2008 11:49:00 AM | 23 | | | Sales | ($4.40) | | $108.78 |

Date: 08/11/2008
Time: 12:30:38 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ENG

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 02989070 | Living Quarters: | E11-074U |
| Inmate Name: | D'AMARIO, ARTHUR III | Arrived From: | OKL |
| Current Site Name: | Englewood FCI | Transferred To: | |
| Housing Unit: | ENG-E-U | Account Creation Date: | 6/13/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | 02/01/2008 12:11:00 AM | HENGD002 - 729 | | | Debt Encumbrance - Released | | $4.00 | |
| ENG | 02/01/2008 12:11:00 AM | HENGD002 - 632 | | | Debt Encumbrance - Released | | $1.83 | |
| ENG | 02/01/2008 12:11:00 AM | HENGD002 | 608 | | PLRA Payment | ($5.83) | | $102.95 |
| ENG | 02/07/2008 12:56:59 PM | 31 | | | Sales | ($4.81) | | $98.14 |
| ENG | 02/14/2008 09:57:35 AM | 40 | | | Sales | ($5.10) | | $93.04 |
| ENG | 02/21/2008 10:31:12 AM | 23 | | | Sales | ($11.05) | | $81.99 |
| ENG | 02/26/2008 09:44:19 AM | HJV0059 | | | Photo Copies | ($2.70) | | $79.29 |
| ENG | 02/28/2008 08:52:17 AM | 8 | | | Sales | ($1.64) | | $77.65 |
| ENG | 03/06/2008 10:07:13 AM | 54 | | | Sales | ($12.60) | | $65.05 |
| ENG | 03/23/2008 05:00:18 AM | 70104502 | | | Lockbox - CD | $40.00 | | $105.05 |
| ENG | 04/01/2008 06:30:39 PM | 78 | | | Sales | ($24.55) | | $80.50 |
| ENG | 04/06/2008 12:09:24 AM | HENGD002 - 1309 | | | Debt Encumbrance | | ($8.00) | |
| ENG | 04/07/2008 05:28:17 PM | 40 | | | Sales | ($9.85) | | $70.65 |
| ENG | 04/14/2008 05:54:13 PM | 68 | | | Sales | ($11.96) | | $58.69 |
| ENG | 04/21/2008 05:53:27 PM | 54 | | | Sales | ($12.18) | | $46.51 |
| ENG | 04/22/2008 05:01:01 AM | 70106601 | | | Lockbox - CD | $40.00 | | $86.51 |
| ENG | 04/25/2008 09:47:02 AM | | 996 | | Court Fees | ($5.00) | | $81.51 |
| ENG | 05/01/2008 12:10:59 AM | HENGD002 - 1309 | | | Debt Encumbrance - Released | | $8.00 | |
| ENG | 05/01/2008 12:10:59 AM | HENGD002 | 999 | | PLRA Payment | ($8.00) | | $73.51 |
| ENG | 05/05/2008 05:55:16 PM | HICP0508 | | | Inmate Co-pay | ($2.00) | | $71.51 |
| ENG | 05/06/2008 12:09:08 AM | HENGD002 - 1485 | | | Debt Encumbrance | | ($8.00) | |
| ENG | 05/07/2008 02:28:15 PM | 252 | | | Sales | ($4.17) | | $67.34 |
| ENG | 05/12/2008 12:24:11 PM | 47 | | | Sales | ($13.25) | | $54.09 |
| ENG | 05/19/2008 05:50:32 PM | 51 | | | Sales | ($15.75) | | $38.34 |
| ENG | 05/25/2008 05:00:49 AM | 70109002 | | | Lockbox - CD | $50.00 | | $88.34 |

Date: 08/11/2008
Time: 12:30:38 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ENG

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 02989070 | Living Quarters: | E11-074U |
| Inmate Name: | D'AMARIO, ARTHUR III | Arrived From: | OKL |
| Current Site Name: | Englewood FCI | Transferred To: | |
| Housing Unit: | ENG-E-U | Account Creation Date: | 6/13/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | 05/27/2008 12:30:25 PM | 114 | | | Sales | ($6.94) | | $81.40 |
| ENG | 06/01/2008 12:10:42 AM | HENGD002 - 1485 | | | Debt Encumbrance - Released | | $8.00 | |
| ENG | 06/01/2008 12:10:42 AM | HENGD002 | 1124 | | PLRA Payment | ($8.00) | | $73.40 |
| ENG | 06/02/2008 05:54:21 PM | 52 | | | Sales | ($13.35) | | $60.05 |
| ENG | 06/08/2008 12:09:27 AM | HENGD002 - 1624 | | | Debt Encumbrance | | ($10.00) | |
| ENG | 06/09/2008 05:53:54 PM | 56 | | | Sales | ($15.10) | | $44.95 |
| ENG | 06/16/2008 11:48:57 AM | 25 | | | Sales | ($13.75) | | $31.20 |
| ENG | 06/21/2008 05:03:35 AM | 70110901 | | | Lockbox - CD | $100.00 | | $131.20 |
| ENG | 06/23/2008 11:49:11 AM | 30 | | | Sales | ($14.70) | | $116.50 |
| ENG | 06/24/2008 12:31:16 PM | 996-C | | | Court Fees | $5.00 | | $121.50 |
| ENG | 06/30/2008 01:20:18 PM | 1124-C | | | PLRA Payment | $8.00 | | $129.50 |
| ENG | 06/30/2008 05:59:14 PM | 56 | | | Sales | ($14.44) | | $115.06 |
| ENG | 07/01/2008 12:10:59 AM | HENGD002 - 1624 | | | Debt Encumbrance - Released | | $10.00 | |
| ENG | 07/01/2008 12:10:59 AM | HENGD002 | 1259 | | PLRA Payment | ($5.06) | | $110.00 |
| ENG | 07/03/2008 01:42:42 PM | HICP0708 | | | Inmate Co-pay | ($2.00) | | $108.00 |
| ENG | 07/05/2008 12:09:21 AM | HENGD002 - 1852 | | | Debt Encumbrance | | ($20.00) | |
| ENG | 07/10/2008 06:53:34 AM | HIPP0608 | | | Payroll - IPP | $14.52 | | $122.52 |
| ENG | 07/10/2008 06:53:34 AM | HENGD002 - 1865 | | | Debt Encumbrance | | ($2.90) | |
| ENG | 07/10/2008 06:02:28 PM | 91 | | | Sales | ($14.60) | | $107.92 |
| ENG | 07/12/2008 06:09:19 PM | TFN0712 | | | Phone Withdrawal | ($5.00) | | $102.92 |
| ENG | 07/17/2008 05:33:44 PM | 86 | | | Sales | ($7.19) | | $95.73 |
| ENG | 07/24/2008 06:01:42 PM | 55 | | | Sales | ($17.00) | | $78.73 |
| ENG | 07/31/2008 05:50:50 PM | 112 | | | Sales | ($12.12) | | $66.61 |
| ENG | 08/01/2008 12:10:50 AM | HENGD002 - 1852 | | | Debt Encumbrance - Released | | $20.00 | |

Date: 08/11/2008
Time: 12:30:38 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ENG

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 02989070 | Living Quarters: | E11-074U |
| Inmate Name: | D'AMARIO, ARTHUR III | Arrived From: | OKL |
| Current Site Name: | Englewood FCI | Transferred To: | |
| Housing Unit: | ENG-E-U | Account Creation Date: | 6/13/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | 08/01/2008 12:10:50 AM | HENGD002 - 1865 | | | Debt Encumbrance - Released | | $2.90 | |
| ENG | 08/01/2008 12:10:50 AM | HENGD002 | 1380 | | PLRA Payment | ($22.90) | | $43.71 |
| ENG | 08/02/2008 05:00:33 AM | 70113801 | | | Lockbox - CD | $30.00 | | $73.71 |
| ENG | 08/07/2008 06:11:46 PM | 36 | | | Sales | ($12.05) | | $61.66 |
| ENG | 08/08/2008 01:25:45 PM | HIPP0708 | | | Payroll - IPP | $15.18 | | $76.84 |
| ENG | 08/08/2008 01:25:45 PM | HENGD002 - 2030 | | | Debt Encumbrance | | ($3.03) | |
| ENG | 08/08/2008 05:55:20 PM | TFN0808 | | | Phone Withdrawal | ($2.00) | | $74.84 |
| | **Total Transactions:** | **99** | | | **Totals:** | **($83.31)** | **($3.03)** | |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | $41.81 | $0.00 | $3.03 | $0.00 | $0.00 | $30.00 | $0.00 | $74.84 |
| **Totals:** | **$41.81** | **$0.00** | **$3.03** | **$0.00** | **$0.00** | **$30.00** | **$0.00** | **$74.84** |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $289.70 | $313.00 | $77.69 | $107.92 | $82.69 | N/A | N/A |