UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CA07-316S

2. TITLE OF CASE: Arthur D'Amario, III v. Troy Levi

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Arthur D'Amario, III**
FCI Englewood
9595 W. Quincy Avenue
Littleton, CO 80123
PRO SE

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

5. NAME OF JUDGE: **William Young**

6. COURT-APPOINTED COUNSEL YES__ NO_x_

7. FEE PAID YES__ NO_x_
RECEIPT#

8. IN FORMA PAUPERIS YES_x_ NO__

9. GUIDELINES CASE YES__ NO__

10. RELATED CASE ON APPEAL YES__ NO__
C.C.A. # (IF AVAILABLE)
DATE OF LAST N.O.F.A. FILED ________

11. SPECIAL COMMENTS: Enclosed please find: Notice of Appeal; Certified Docket; Copy of Court file (Doc. #'s: 1-7)